Samuel A. Schwartz, Esq., NBN #10985
Bryan A. Lindsey, Esq., NBN #10662
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Ste. 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No. 15-13475-ABL |
| | ) |
| Erick Allan Lindgren, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**EX PARTE MOTION FOR ORDER SHORTENING TIME ON
DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS**

Debtor Erick Allan Lindgren (the "**Debtor**"), by and through the law firm of Schwartz Flansburg PLLC, hereby move this Court, in accordance with Rule 9006 of the Federal Rules of Bankruptcy Procedure, for an order shortening the time for Debtor's Motion to Extend Time to File Schedules and Statements.

This motion is made and based upon the Motion to Extend Time to File Schedules and Statements filed on June 19, 2015, in this case and exhibits attached thereto.  Specifically, unsigned counsel requests that the court set a hearing on the motion on or before June 30, 2015, as the Debtor's schedules and statements are currently due on that date.

/ / /

/ / /

Page 1 of 2

Dated this 19th day of June, 2015.

Respectfully submitted

/s/ Bryan A. Lindsey
Bryan A. Lindsey, Esq., NBN #10662
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Ste. 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for Debtor*