# Exhibit 1

Samuel A. Schwartz, Esq., NBN #10985
Bryan A. Lindsey, Esq., NBN #10662
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Ste. 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-13475-ABL |
| | ) | |
| Erick Allan Lindgren, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

## **DECLARATION OF BRYAN A. LINDSEY, ESQ.**

STATE OF NEVADA      )
                                  ) ss.
COUNTY OF CLARK    )

Bryan A. Lindsey, being duly sworn, deposes and says:

1. I, Bryan A. Lindsey, am an attorney duly licensed to practice law in the State of Nevada. I make this declaration based on my own personal knowledge except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

2. I am the retained counsel for the above-captioned Debtor (the "**Debtor**"). I submit this declaration in support of the Debtor's Ex Parte Motion for an Order Shortening Time, to which this declaration is attached as **Exhibit 1**.

Page 1 of 2

3. On June 16, 2015 (the "**Petition Date**"), the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. On June 19, 2015, the Debtor filed his Motion to Extend Time to File his Schedules and Statements. An order shortening time is appropriate here as the current deadline for the Debtor to file his schedules and statements is June 30, 2015. Accordingly, it is respectfully requested that this Court set a hearing on or before June 30, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2015.

                                                /s/ Bryan A. Lindsey
                                                  Bryan A. Lindsey