Samuel A. Schwartz, Esq., NBN #10985
Bryan A. Lindsey, Esq., NBN #10662
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Ste. 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for the Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 15-13475-ABL |
| Erick Allan Lindgren, | Chapter 11 |
| Debtor. | |

### EX PARTE MOTION FOR ORDER SHORTENING TIME ON DEBTOR'S MOTION FOR AN ORDER COMPELLING RIO ALL SUITES HOTEL AND CASINO FOR TURNOVER OF PROPERTY OF THE ESTATE

Debtor Erick Allan Lindgren (the "**Debtor**"), by and through the law firm of Schwartz Flansburg PLLC, hereby move this Court, in accordance with Rule 9006 of the Federal Rules of Bankruptcy Procedure, for an order shortening the time for Debtor's Motion for an Order Compelling Rio All Suites Hotel and Casino for Turnover of Property of The Estate. This motion is made and based upon the Debtor's Motion for an Order Compelling Rio All Suites Hotel and Casino for Turnover of Property of The Estate filed on June 22, 2015, in this case and exhibits attached thereto.

/ / /

/ / /

/ / /

Dated this 22nd day of June, 2015.

Respectfully submitted


/s/ Bryan A. Lindsey
Bryan A. Lindsey, Esq., NBN #10662
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Ste. 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for the Debtor*