# Exhibit 1

Samuel A. Schwartz, Esq., NBN #10985
Bryan A. Lindsey, Esq., NBN #10662
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Ste. 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-13475-ABL |
| | ) | |
| Erick Allan Lindgren, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**<u>DECLARATION OF BRYAN A. LINDSEY, ESQ.</u>**

STATE OF NEVADA        )
                       ) ss.
COUNTY OF CLARK        )

    Bryan A. Lindsey, being duly sworn, deposes and says:

    1.    I, Bryan A. Lindsey, am an attorney duly licensed to practice law in the State of Nevada. I make this declaration based on my own personal knowledge except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

    2.    I am the retained counsel for the above-captioned Debtor (the "**Debtor**"). I submit this declaration in support of the Debtor's Ex Parte Motion for an Order Shortening Time, to which this declaration is attached as **Exhibit 1**.

3. On June 16, 2015 (the "**Petition Date**"), the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. On June 22, 2015, the Debtor filed his motion for turnover of property of the Estate. An order shortening time is appropriate in this instance because the Debtor needs the ability to use his cash in order to fund his ongoing living expenses and administrative expenses of this Chapter 11 case.

5. Based upon the foregoing, it is respectfully submitted, that good cause exists for granting an order shortening time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2015.

/s/ Bryan A. Lindsey
Bryan A. Lindsey